# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES THOMAS BRAMLETTE; THE PELORUS GROUP, LLC; ANTHONY MARK HARTMAN; PRIVATE PLACEMENT CAPITAL NOTES II, LLC; STONE MOUNTAIN EQUITIES, LLC; TRAVIS KOZLOWSKI; ENTELECUS FUND, LLC; AARON JOHN WERNLI,<br><br>    Defendants. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:18-cv-00761-RJS-EJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

The Court, having considered the Plaintiff Securities and Exchange Commission's Motion to Set New Discovery and Motion Deadlines (ECF No. 95), and for good cause appearing, GRANTS the Motion. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

**\*\*ALL TIMES 4:30 PM UNLESS INDICATED\*\***

| A. | DISCOVERY DEADLINES | DATES |
|---|---|---|
| | • Rule 26 disclosures due: | August 23, 2019 |
| | • Last day to serve written discovery: | September 27, 2019 |
| | • Close of fact discovery: | February 28, 2020 |
| | • Rule 26(a)(2) initial disclosures by parties bearing the burden of proof: | December 20, 2019 |

1

- Rule 26(b)(2) counter disclosures: January 17, 2020

- Expert reports from parties bearing the
  the burden of proof: March 27, 2020

- Counter reports: April 17, 2020

- Last day for expert discovery: May 22, 2020

**B.    MOTIONS PRACTICE**                                               **DATES**

- Deadline for dispositive motions
  to be filed: May 29, 2020

- Deadline for filing partial or complete
  motions to exclude expert testimony: May 29, 2020

- Deadline for filing a request for a scheduling
  conference with the District Judge for the
  purpose of setting a trial date if no dispositive
  motions are filed: June 5, 2020

IT IS SO ORDERED.

Dated this 30th day of August, 2019.

BY THE COURT:

*Evelyn J. Furse*
Evelyn J. Furse
United States Magistrate Judge