Amy Jane Longo (Pro Hac Vice)
longoa@sec.gov
John B. Bulgozdy (Pro Hac Vice)
bulgozdyj@sec.gov
Teri Melson (Pro Hac Vice)
melsont@sec.gov
U.S. Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Tel:  323-965-3998

Amy J. Oliver (8785)
olivera@sec.gov
U.S. Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Tel:  801-524-5796

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THOMAS BRAMLETTE; THE PELORUS GROUP, LLC; ANTHONY MARK HARTMAN; PRIVATE PLACEMENT CAPITAL NOTES II, LLC; STONE MOUNTAIN EQUITIES, LLC; TRAVIS KOZLOWSKI; ENTELECUS FUND, LLC; AARON JOHN WERNLI,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:18-CV-00761-RJS-EJF<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Evelyn J. Furse |

Pursuant to DUCivR 83-1.4(b), John B. Bulgozdy, counsel for Plaintiff Securities and Exchange Commission ("SEC"), withdraws as counsel of record for the SEC in this case. The SEC continues to be represented by other counsel who already entered an appearance and who is aware of the pending deadlines.

Respectfully submitted,

Dated:  February 26, 2020

*/s/ John B. Bulgozdy*
John B. Bulgozdy
Teri Melson
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

1

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February 2020, I caused to be served the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** on the following parties entitled to service by the means indicated below:

Private Placement Capital Notes II, LLC (served by U.S. Mail)
c/o Anthony Mark Hartman
8547 E. Arapahoe Rd, J192
Greenwood Village, CO 80112
Email:  tony@capnotes2.com
*Unrepresented*

Stone Mountain Equities, LLC (served by U.S. Mail)
c/o Anthony Mark Hartman
8547 E Arapahoe Rd, J192
Greenwood Village, CO 80112
Email:  tony@capnotes2.com
*Unrepresented*

James Thomas Bramlette (served by U.S. Mail and email)
2042 East Normandy Wood Court
Salt Lake City, UT 84117
james@saltcoadvisors.com
*Unrepresented*

The Pelorus Group, LLC (served by U.S. Mail and email)
165 South Regent Street
Salt Lake City, UT 84111
jt@pelorusmail.com
*Unrepresented*

> */s/ John B. Bulgozdy*
> John B. Bulgozdy
> Counsel for Plaintiff
> U.S. Securities and Exchange Commission