# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THOMAS BRAMLETTE; THE PELORUS GROUP, LLC; ANTHONY MARK HARTMAN; PRIVATE PLACEMENT CAPITAL NOTES II, LLC; STONE MOUNTAIN EQUITIES, LLC; TRAVIS KOZLOWSKI; ENTELECUS FUND, LLC; AARON JOHN WERNLI,<br><br>Defendants. | **ORDER CLOSING CASE**<br><br>2:18-cv-00761-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

On September 3, 2021, the court entered an Order Vacating Order Setting Aside Civil Penalties and Reinstating Part of Prior Order Imposing Civil Penalties as to Defendants Anthony Mark Hartman, Private Placement Capital Notes II (PPCN), and Stone Mountain Equities, LLC (SME).[1] That Order reinstated a prior Order Entering Civil Judgment as to Defendants Hartman, PPCN, and SME, with an amended deadline for payment.[2]

Prior to the most recent Order,[3] the court had entered final judgment against all other Defendants in this case: on October 5, 2018, the Court entered Final Judgment as to Defendant Aaron John Wernli;[4] on April 29, 2019, the court entered two Orders decreeing Final Judgment as to Defendants Travis Kozlowski and Entelecus Fund, LLC;[5] and on February 10, 2021, the

---

[1] Dkt. 223.
[2] Dkt. 207.
[3] Dkt. 223.
[4] Dkt. 18.
[5] Dkt. 72; Dkt. 73.

1

Court entered Default Judgment as to Defendants James Thomas Bramlette and The Pelorus Group.[6]

Accordingly, having entered judgments against all Defendants, the Clerk of Court is directed to close the case.

SO ORDERED this 28th day of September, 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[6] Dkt. 206.